FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D17-1756
_____

WILLIAM H. LUNDY,

     Appellant,

     v.

STATE OF FLORIDA,

     Appellee.

_____

On appeal from the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

March 27, 2019

PER CURIAM.

     AFFIRMED.

MAKAR, WINOKUR, and WINSOR JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andy Thomas, Public Defender, and Greg Caracci, Assistant
Public Defender, Tallahassee, for Appellant.

Ashley B. Moody, Attorney General, and Steven E. Woods, Assistant Attorney General, Tallahassee, for Appellee.